

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Roxanne Monique Kennedy

Appellate case number:   01-18-00879-CV

Trial court case number:  15FD2255

Trial court:            306th District Court of Galveston County

Relator Roxanne Monique Kennedy filed a petition for writ of mandamus on October 1, 2018, together with a motion for expedited consideration.

On October 1, 2018, the court requested a response from real party in interest Christopher Kyle. We now also request a status update from the parties whether the trial court has signed any written rulings on motions specified in relator's petition.

Responses, if any, are to be filed by Friday, October 26, 2018.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
                    ☑ Acting individually    ☐ Acting for the Court

Date: October 18, 2018